**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6985**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VANNIS L. LIVERMAN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-95-151)

———————

Submitted: October 9, 2002          Decided: December 16, 2002

———————

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Vannis L. Liverman, Appellant Pro Se. Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vannis L. Liverman seeks to appeal the district court's order construing his petition to correct the presentence report as a successive motion filed under 28 U.S.C. § 2255 (2000) and denying relief because he failed to obtain authorization from this court pursuant to 28 U.S.C. § 2244 (2000). We have reviewed the record and conclude that Liverman has not made a substantial showing of the denial of a constitutional right. Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>